(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

____William Joseph Webb Jr.____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

____See Caption Sheet/Page____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Webb, William J. Jr.

Aliases:

Prisoner ID #: 00256056

Place of Detention: James T. Vaughn Correctional Center

Institutional Address: 1181 Paddock Road

County, City: Smyrna    State: DE    Zip Code: 19977

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Department of Justice__
Name (Last, First)

__Files Civil and Criminal Complaints for Citizens__
Current Job Title

__820 North French Street__
Current Work Address

__Wilmington,__  __DE__  __19801__
County, City     State     Zip Code


Defendant 2: __United States Postal Service__
Name (Last, First)

__Delivers mail and packages to U.S. Citizens__
Current Job Title

__475 L'Enfant Plaza, SW Room 4012__
Current Work Address

__Washington,__  __D.C.__  __20260__
County, City     State     Zip Code


Defendant 3: Hrivnak, Renee
Deputy Attorney General for Dept of Justice
820 North French Street
Wilmington, DE 19801

Page 3

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 4: Milecki, Jenna
Name (Last, First)

Deputy Attorney General for Dept. of Justice
Current Job Title

820 North French Street
Current Work Address

Wilmington      DE      19801
County, City    State   Zip Code

Defendant 5: Warner, Nicole
Name (Last, First)

Deputy Attorney General for Dept. of Justice
Current Job Title

820 North French Street
Current Work Address

Wilmington      DE      19801
County, City    State   Zip Code

Defendant 6: Finamore, Eslanda
Deputy Attorney General for Dept of Justice
820 North French Street
Wilmington, DE   19801

Defendant(s) Continued

Defendant 7: McCloskey, Stephen

Deputy Attorney General for Dept. of Justice

820 North French Street

Wilmington, DE 19801

Defendant 8: James T. Vaughn Corr. Ctr. Mailroom
Delivers, Receives, and Sends out mail for inmates
1181 Paddock Road
Smyrna, DE 19977

Defendant 9: Troxler, Shane
Bureau Chief for Dept. of Corrections of DE
245 McKee Road
Dover, DE 19904

Defendant 10: Tilghman Unknown
Staff Lt. of the mailroom at J.T.V.C.C.
1181 Paddock Road
Smyrna, DE 19977

Defendant(s) Continued

Defendant 11: John/Jane Doe(s) 1-50
Unknown at this time
Unknown at this time
Unknown at this time

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington, DE, 1181 Paddock Road, Smyrna, DE 19977

Date(s) of occurrence: June 2021, August 2021, October 2021, 2022 and 2023

State which of your federal constitutional or federal statutory rights have been violated:

Tampering w/ mail and Legal Mail, 6th Amend. Client-Attorney Privilege, 14th Amend. Client-Attorney Privilege, 5th Amend. Right to be heard by Courts of Law, and 4th Amend. Illegal search and seizure.

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

[What happened to you?]

1. Since 2019, Defendant Renee Hrivnak and John/Jane Does tampered with Plaintiff's incoming and outgoing mail, also legal mail which prevented Plaintiff witnesses at His May 9, 2022 trial.

2. During June 2021, Plaintiff had Court appointed attorney George Tsakataras send a letter to cousin Kathleen Webb at 92 Underwoods Corner Rd, Clayton, DE 19938, which was legally intercepted by Defendant United States Postal Service (U.S.P.S) and returned illegally with a stamp of ink stating "No Such Address."

3. The actions in paragraph 2 violated Plaintiff's rights to have His family care for His daughter 14th Amend. U.S.C.A, right to client-attorney privilege, 4th Amend U.S.C.A right against illegal search/seizure of legal mail, and tampering/preventing witnesses at Plaintiff's February 9, 2022 trial.

Page 7

4. During the month of August 2021, Plaintiff sent a letter to appointed counsel Christofer Johnson for K.R.W., Plaintiff's daughter, so she can be baptized at either First Baptist Church and/or Love of Christ Church which was illegally intercepted by either Defendant U.S.P.S. and/or J.T.V.C.C. Mailroom violating 14th Amend. U.S.C.A. client-attorney privilege.

5. On October 7, 2021, Judge William C. Carpenter Jr. entered an order on Plaintiff's Motion to Dismiss Indictment on Double Jeopardy and Speedy Trial Violations w/ Prejudice, the Order wasn't mailed until October 15, 2021 as stamped postage on the envelope reads, either Defendant U.S.P.S. or J.T.V.C.C. mailroom stamped the envelope with "Return to Sender No Postage" in red ink, this deprived Plaintiff of his right to appeal denial of said motion and violating 5th Amend. U.S.C.A. right to be heard in a Criminal proceeding where the claims on appeal would have been meritorious.

6. On December 13, 2021, Plaintiff sent out an Amended Motion to Dismiss Indictment with Prejudice to the Superior Court of the

State of Delaware in and for New Castle County, said motion was illegally intercepted and never docketed, which violated the 5th Amend. U.S.C.A. right to be heard on the record.

7. During the Course of Criminal Case Numbers 1812001056, 1902007647, 1902006825, 1902015015, 1904001943, 1906000296 and 2003006008 in both Family and Superior Courts of the State of Delaware in and for New Castle County, Plaintiff sent numerous times for witnesses to be subpoenaed which the mail got intercepted by either Defendants J.T.V.C.C. Mailroom or U.S.P.S. which deprived Plaintiff His 5th Amend. U.S.C.A. right to a Fair Trial and 6th Amend. U.S.C.A. right to have witnesses testify at the June 15, 2021 trial in Family Court and the May 9 - 13, 2022 trial in Superior Court. All defendants knew they were in violation of various rights of Plaintiff.

8. On October 16, 2022, Plaintiff sent a Motion for Mistrial to the Superior Court of the State of Delaware which wasn't received until Plaintiff brought it up on October 21, 2022, the denial of said motion was sent between the date the court finally received said motion and ruled on it was illegally intercepted by either Defendant U.S.P.S. or J.T.V.C.C. Mailroom

Page 9

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Who did what?**

which is in violation of 5th Amend. U.S.C.A. right to be heard on direct appeal and 4th Amend. U.S.C.A. illegal seizure of legal mail. John/Jane Does knew they were acting in various violations of rights.

9. On December 13, 2022, Plaintiff was sentenced and never received his sentencing order which was illegally intercepted by either Defendant U.S.P.S. or J.T.V.C.C. mailroom which is in violation of 5th Amend. U.S.C.A. right to be heard on direct appeal with a record of the proceedings/conviction and sentence for the the appellate court to review. Also violation of 4th Amend. U.S.C.A. illegal seizure of legal mail. John/Jane Does knew they were acting in various violations of rights.

10. On October 24, 2022, Plaintiff filed a grievance and Staff Lt. Tilghman met with Plaintiff where Plaintiff showed the intentional mail tampering with the envelope and Court Order as discussed in paragraph 5 of this complaint. Defendant Tilghman told Plaintiff she was going to call the Superior Court about the missing motion which she failed to perform her job function as a federally bonded mail handler and Bureau Chief Shane Troxler failed Plaintiff's due process of an appeal and simply denied the appeal, in violation of both Defendants Tilghman and Troxler's job function.

Page 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Was anyone else involved?

11. On March 19, 2023 and March 29, 2023 Plaintiff sent a package and letter to Stanley Holdorf, Esq, requesting legal help and an answer to the questionnaire that was sent to Plaintiff said package and letter were not received which has deprived Plaintiff access to the Courts via an attorney. John Does/Jane Does knew they were acting in various violations of rights.

12. On April 16, 2023 Plaintiff filed a Notice of Appeal of his conviction and sentence from the Family Court of the State of Delaware, also filed was In forma pauperis in Superior Court and Family Court of the State of Delaware next Motion for Appointment of Counsel in Superior Court and Motion for Transcripts at State Expense in Family Court finally Defendant Stephen McCloskey was sent a copy and has yet to receive an appeal number or an answer by Defendant McCloskey, these are violations of 5th Amend. U.S.C.A. right to be heard in criminal prosecutions and 4th Amend. U.S.C.A. illegal seizure of legal mail. John/Jane Does knew they were acting in various violations of rights.

13. On May 9, 2023 Plaintiff sent a Motion w/ exhibits to the Clerk of Supreme Court of the United States where the Order and Mandate of Appeal No. 243, 2022 were all illegally seized to keep Plaintiff

Page 11

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

*from filing a Writ of Certiorari. His right to new appointed counsel where it was never waived under 14th Amend. U.S.C.A. and Motions in Supreme Court of U.S. and Family Court.*

## VI. ADMINISTRATIVE PROCEDURES

*14. All actions and illegal seizure have caused enormous debt on Plaintiff.*

**WARNING:** Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
If no, explain why not:

## VII. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Injunctive Relief that all criminal and civil orders/cases in State Courts be stayed immediately.
2. Attorneys' Fees
3. Court Costs, Legal Fees and any funds given by the Court.
4. Compensatory damages $25,000,000.00
5. Punitive damages $25,000,000.00

Page 12
~~Page 8 of 10~~

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

6. Injunctive relief that the Dept. of Justice file a motion to dismiss all criminal charges against Plaintiff

7. Any and all relief the Court may find, and file a Petition to Restore his parental rights.

## VIII. PRISONER'S LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes   ☐ No

If yes, how many?  Unknown

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Plaintiff hasn't brought any frivolous actions under the three strike rule, 28 U.S.C. §1915(g).

13
Page 9 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

### IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

May 31, 2022
Dated

[signature: Will J. Webb Jr.]
Plaintiff's Signature

Webb, William, J. Jr.
Printed Name (Last, First, MI)

00256056
Prison Identification #

1181 Paddock Road   Smyrna   DE   19977
Prison Address   City   State   Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**