IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. WEBB JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **Civ. Action No.** 1:23-cv-00594RGA |
| TILGHMAN, ET. AL., | ) ) ) |
| Defendant. | ) |

## MOTION TO COMPEL CLERK TO CALCULATE IF DEFENDANT IS IN DEFAULT JUDGMENT ORDER

Comes now, Plaintiff, William J. Webb Jr. in presenting His Motion to Compel Clerk to Calculate if Defendant is in Default Judgment Order to be heard at the Court's earlies convenience.

In support, the following cause is shown:

1. The Court ordered the clerk to issue a waiver of summons upon the Defendant.

2. The Defendant's counsel then incorrectly filed a waiver of summons and waited awhile to file the corrected one.

3. The Court's order expressed the time limit which the waiver of summons was to be filed or be found in default judgment which was never calculated.

Wherefore, Plaintiff, William J. Webb Jr. respectfully requests the Court grant His Motion and order the Clerk of Court calculate the specific time and make a determination and/or enter a default judgment.

Date: June 6, 2024                    _William J. Webb Jr._

William J. Webb Jr.
SBI# 00256056
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977