IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

William Joseph Webb Jr.  )
Plaintiff                )
                         )
v.                       )  Civ. Action No. 23-594-RGA
                         )
Department of Justice    )
Et. Al., Defendants      )

MOTION FOR Default Judgment

Comes now, Plaintiff William J. Webb Jr. in presenting His Motion for Default Judgment to be heard at the Court's earliest convenience. In support, the following light and cause is shown:

1. The Plaintiff has direct evidence that His client-attorney privileges have been violated along with His appeal rights.

2. Plaintiff had a right to file an interlocutory appeal on the denial of His Motion to Dismiss Indictment on Double Jeopardy and Speedy Trial violations where the legal mail was intercepted to deprive Plaintiff. (Exhibit A) (See Abney v. United States, 431 U.S. 651, 660-61 (1977))

3. Plaintiff filed a timely Notice of Appeal, Motion for Appointment of Counsel and Motion for Transcripts at State Expense challenging His Conviction and sentence in Criminal Case Number 1812001056 in Family Court of the State of DE, where this legal mail was intercepted to deprive Plaintiff. (Exhibit B)

4. The Supreme Court of Delaware affirmed the Family Court's decision to Terminate Plaintiff's Parental Rights, also issued a mandate closing the case in Appeal No. 243, 2022, these orders were illegally intercepted making Plaintiff file an extension of time and Motion to Compel to file His Writ of Certiorari in the United States Supreme Court, also it denied Plaintiff His chance to be heard on His Motion for Rehearing En Banc/Reargument. (Exhibit C)

Wherefore, Plaintiff respectfully requests the Court issue a Default Judgment and issue an order for the injunctive relief requested and an order to all Courts involved, a Stay of Proceedings also convene a jury to determine Plaintiff's Compensatory and Punitive damages.

Date: July 18, 2023

William J. Webb Jr.
SBI# 00256056
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977