To: Clerk U.S. District Court

Fr: William J. Webb Jr.
\# 00256056
J.T.V.C.C. 1181 Paddock Road
Smyrna, DE 19977

Re: Civ. Action No. 1:23-cv-00594-CFC

September 4, 2025

Dear Clerk,

Please find the enclosed transcripts I just received over 4 months after they were taken. It is time to enter a Default Judgment for the bad faith of Defendant's and Counsel's actions. (Eisler v. Stritzler, 535 F.2d 148, 21 Fed. R. Serv. 2d (Callaghan) 1380, 1976 U.S. App. LEXIS 11332 (1st Civ. 1976)). Also, please docket the enclosed as evidence; letter and Motion to DE Sup. Ct. Appeal No. 357,2025

Respectfully,
Will J. Webb Jr.