IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM J. WEBB, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-594-CFC-LDH |
| | ) | |
| VERONICA TILGHMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before me are Plaintiff's objections to the Magistrate Judge's Order and Report and Recommendation (the ORR) issued on August 25, 2026 (D.I. 132). D.I. 133.

The Magistrate Judge recommended in the ORR that I (1) grant in part and deny in part Defendant Veronica Tilghman's Motion for Summary Judgment (D.I. 96), (2) deny Plaintiff's two Motions for Default Judgment as to John/Jane Does 1-50, Veronica Tilghman (D.I. 108, D.I. 130), and (3) deny Plaintiffs Motion for Preliminary Injunction and Restraining Order (D.I. 127). The Magistrate Judge also denied Plaintiff's Motion for Leave of Court to Amend Complaint (D.I. 104) without prejudice and granted in part Plaintiff's Motion for Extension of Time to File Proposed Amended Complaint (D.I. 105).

Plaintiff objects to all three of the Magistrate Judge's recommendations.

I review the Magistrate Judge's findings and recommendations de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3); *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011).

Plaintiff's objection to the Magistrate Judge's first recommendation is based on a misunderstanding of the ORR. Plaintiff says that he sued Defendant in her individual and official capacity and therefore should be allowed to seek monetary damages against her. With respect to damages, however, the Magistrate Judge recommended only that I dismiss Plaintiff's claims "against Defendant Tilghman *in her official capacity*." D.I. 133 at 13 (emphasis added). Thus, the Magistrate Judge did not, and I will not at this time, preclude Plaintiff from pursuing monetary damages against Defendant in her individual capacity.

Plaintiff's objections to the Magistrate Judge's second and third recommendations are completely devoid of merit.

NOW THEREFORE, at Wilmington on this Tenth Day of September in 2026, it is HEREBY ORDERED that:

1. Plaintiff's Objections to the Magistrate Judge's Order and Report and Recommendation (D.I. 133) are OVERRULED.

2. The Order and Report and Recommendation (D.I. 132) is ADOPTED.

3. Defendant's Motion for Summary Judgment (D.I. 96) is GRANTED; IN PART AND DENIED IN PART. It is GRANTED insofar as it seeks a judgment in Defendant's favor with respect to monetary damages against Defendant in her official capacity. It is OTHERWISE DENIED.

4. Plaintiff's Motions for Default Judgment as to John/Jane Does 1-50, Veronica Tilghman (D.I. 108, D.I. 130) are DENIED.

5. Plaintiffs Motion for Preliminary Injunction and Restraining Order (D.I. 127) is DENIED.

6. To the extent Plaintiff seeks to renew his motion seeking leave to amend, he must do so NO LATER THAN OCTOBER 12, 2026.

UNITED STATES DISTRICT JUDGE